**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0015 |
| ) | |
| **ASHLEY SAPHIRE FLORES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

  **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated July 23, 2025, ECF No. 44, recommending that the Defendant's plea of guilty to Count One of the Indictment, Possessing with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

  **ORDERED** that the Report and Recommendation, ECF No. 44, is **ADOPTED;** it is further

  **ORDERED** that Defendant Ashley Saphire Flores's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Ashley Saphire Flores is adjudged **GUILTY** on that count; it is further

  **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

  **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **September 12, 2025;** it is further

  **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **September 26, 2025;** it is further

  **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **October 17, 2025;** it is further

*United States v. Flores*
Case No. 3:25-cr-0015
Order
Page **2** of **2**

**ORDERED** that the parties shall file their sentencing memoranda no later than **October 31, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **November 7, 2025, at 10:30 A.M. in STT Courtroom No. 1**.

**Dated:** August 11, 2025                    *Robert A. Molloy*
                                              **ROBERT A. MOLLOY**
                                              **Chief Judge**